UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DOUGLAS ALLEN NOGA, )
)
    Plaintiff, )
) NO. CV-06-275-CI
  v. )
)
MICHAEL J. ASTRUE, ) **JUDGMENT IN A**
Commissioner of Social Security, ) **CIVIL CASE**
)
    Defendant. )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for additional proceeding, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment dismissal is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 20th day of April, 2007.

                        JAMES R. LARSEN
                        District Court Executive/Clerk

                        s/ L. Stejskal
                        Deputy Clerk