UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DOUGLAS ALLEN NOGA,                )
                                   ) No. CV-06-275-CI
            Plaintiff,             )
                                   ) ORDER DENYING DEFENDANT'S
v.                                 ) MOTION TO ALTER OR AMEND
                                   ) JUDGMENT
MICHAEL J. ASTRUE, Commissioner    )
of Social Security,                )
                                   )
            Defendant.             )
                                   )
                                   )
_____)

    On April 30, 2006, Defendant filed a Motion to Alter or Amend
Judgment **(Ct. Rec. 22),** seeking to amend the judgment entered in
this case on April 20, 2007. **(Ct. Rec. 21.)** The matter was noted
for hearing without argument on or before May 31, 2007. **(Ct. Rec.
24.)** On May 10, 2007, Plaintiff filed a response. **(Ct. Rec. 25.)**
After reconsidering the record and the pleadings filed herein, the
court finds that the errors necessitate a remand for further
administrative proceedings. Accordingly,

    **IT IS ORDERED** that the Defendant's Motion to Alter or Amend
Judgment **(Ct. Rec. 22)** is **DENIED.**

    DATED June 1, 2007.


            _____S/ CYNTHIA IMBROGNO_____
            UNITED STATES MAGISTRATE JUDGE


ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT – 1